# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

LARRY BURY,                                    CASE NO. 1:10-cv-00196-DLB PC

                Plaintiff,                 ORDER GRANTING PLAINTIFF'S MOTION
                                               TO APPOINT COUNSEL (DOC. 19)

    v.

KEN CLARK, et al.,

                Defendants.

_____/

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983.  On October 31, 2011, Plaintiff filed a motion for appointment of counsel.  Plaintiff contends that as a result of an injury suffered from a stroke and transient ischemic attacks, Plaintiff's comprehension and abilities are affected.  The Court finds that appointment of counsel for Plaintiff is warranted.  28 U.S.C. 1915(e)(1).  Michael B. Norman and Jonathan A. Shapiro have been selected from the court's pro bono attorney panel to represent Plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1.       Plaintiff's motion for appointment of counsel, filed October 31, 2011, is granted;

2.       Michael B. Norman and Jonathan A. Shapiro are appointed as counsel in the above entitled matter.

3.       Michael B. Norman and Jonathan A. Shapiro shall notify Sujean Park, at (916) 930-4278, or via email at spark@caed.uscourts.gov, if they have any questions related to the appointment.

1

4.    The Clerk of the Court is directed to serve a copy of this order upon Michael B.

Norman and Jonathan A. Shapiro, Wilmer Cutler Pickering Hale & Dorr LLP, 950

Page Mill Road, Palo Alto, California 94304.

IT IS SO ORDERED.

**Dated:   February 27, 2012**          _____ /s/ **Dennis L. Beck** _____
UNITED STATES MAGISTRATE JUDGE

2