IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY BURY,

        Plaintiff(s)

vs.

KEN CLARK, et al.,

        Defendants.

No. 1:10-CV-00196-DLB PC

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Michael B. Norman, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on 2/27/12 (filed on 2/28/12), by the Honorable Dennis L. Beck, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

On Monday, March 26, 2012, Jonathan A. Shapiro and I, Michael B. Norman, plan to have an in-person meeting with our client, Mr. Bury, at the California Institution for Men in Chino, California. Although both of us will be traveling for this meeting, we are mindful of the Court's limited resources, and thus, we are respectfully requesting reimbursement of only half (50%) of the cost of our two round-trip airline tickets (from Oakland to Ontario and back for me, and from San Francisco to Ontario and back for Mr. Shapiro). The estimated price of my ticket is $375.60, and the estimated price of Mr. Shapiro's ticket is $403.50. We are not seeking reimbursement of any other travel expenses related to our March 26, 2012 meeting with Mr. Bury. Accordingly, we are respectfully requesting reimbursement of ($375.60 + $403.50) / 2 = $389.55.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 389.55.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:10-CV-00196-DLB PC

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| 389.55 | Client interview | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23rd day of March, 20 12, at Palo Alto, California.

*[signature]*

Attorney for Plaintiff(s)

The above expenditure is __✗__ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 3/23/2012

*[signature]*

United States ~~District Judge~~/Magistrate Judge