# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BURY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEN CLARK, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:10-cv-00196-DLB PC<br><br>ORDER APPROVING PARTIES STIPULATION TO MODIFY DISCOVERY AND SCHEDULING ORDER (DOC. 38) |

　　　　Plaintiff Larry Bury ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint, filed February 8, 2010, against Defendants E. Williams and Moto for violation of the Eighth Amendment. All parties are represented by counsel. Pending before the Court is the parties' stipulation to modify the discovery and scheduling order, filed April 2, 2012.

　　　　Stipulations are generally not effective unless approved by the Court. L.R. 143(b). The Court finds the stipulation reasonable for all parties..

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1.　　The parties' stipulation, filed April 2, 2012, is approved;

　　　　2.　　The deadline for the parties to submit expert disclosures (with all supporting reports/materials in accordance with Federal Rule of Civil Procedure 26(a)(2)) is on or before September 7, 2012;

　　　　3.　　The deadline for the service of all written discovery is on or before September 25,

1

2012;

4. The deadline for the parties to submit any rebuttal expert disclosure is on or before October 5, 2012;

5. The deadline for the parties to submit any reply expert disclosures is on or before October 26, 2012;

6. The deadline for the completion of all discovery, including filing motions to compel is on or before November 9, 2012;

7. The deadline for filing pre-trial dispositive motions is on or before December 7, 2012; and

8. The parties may seek modification of this order at any time and for good cause shown.

IT IS SO ORDERED.

Dated:   **April 23, 2012**                         **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE