# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

LARRY BURY,                                      CASE NO. 1:10-cv-00196-DLB PC

              Plaintiff,                         ORDER APPROVING PARTIES'
                                                 STIPULATION
      v.
                                                 (DOC. 48)
KEN CLARK, et al.,

              Defendants.
_____/

      The Court has considered the parties' joint stipulation to modify the discovery and

scheduling order.  Good cause appearing for that request, it is HEREBY ORDERED that:

      1.      The parties agree to service of discovery through electronic means under Federal

              Rule of Civil Procedure 5(b)(2)(E).

      2.      The parties agree to provide responses to written discovery requests within thirty

              three days after the request is first served, in accordance with Federal Rule of

              Civil Procedure 6(a)(2) and (d).

      3.      Under Local Rule 251(b), if a dispute arises between the parties regarding

              discovery, the parties agree to meet and confer before bringing a discovery

              motion.

      4.      The parties agree to comply with Local Rule 230(a)-(k) when filing motions and

              to remove this matter from the jurisdiction of Local Rule 230(l).

      IT IS SO ORDERED.

      Dated:   **June 8, 2012**          **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE