# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BURY,<br><br>        Plaintiff,<br><br>    v.<br><br>KEN CLARK, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:10-cv-00196-DLB PC<br><br>ORDER APPROVING PARTIES' STIPULATION<br><br>(DOC. 48) |

The Court has considered the parties' joint stipulation to modify the discovery and scheduling order.  Good cause appearing for that request, it is HEREBY ORDERED that:

1. The parties agree to service of discovery through electronic means under Federal Rule of Civil Procedure 5(b)(2)(E).

2. The parties agree to provide responses to written discovery requests within thirty three days after the request is first served, in accordance with Federal Rule of Civil Procedure 6(a)(2) and (d).

3. Under Local Rule 251(b), if a dispute arises between the parties regarding discovery, the parties agree to meet and confer before bringing a discovery motion.

4. The parties agree to comply with Local Rule 230(a)-(k) when filing motions and to remove this matter from the jurisdiction of Local Rule 230(l).

IT IS SO ORDERED.

    Dated:   June 8, 2012                    /s/ Dennis L. Beck
                                      UNITED STATES MAGISTRATE JUDGE

1