IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY BURY,

        Plaintiff(s)

vs.

KEN CLARK, et al.,

        Defendants.

No. 1:10-CV-00196-DLB PC

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

### REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Michael B. Norman, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on 2/27/12 (filed on 2/28/12), by the Honorable Dennis L. Beck, United States District Judge/Magistrate.
I believe that the following course of action is reasonably necessary to the prosecution of this action:

> On Friday, June 22, 2012, I plan to take the deposition of Robert Dwayne Murray at the California Institution for Men in Chino, California. I am respectfully requesting reimbursement of the cost of my round-trip airline ticket (from San Jose to Ontario and back). The estimated price of my ticket is $329.60. I am not seeking reimbursement of any other travel expenses related to the scheduled June 22, 2012 deposition of Mr. Murray. Accordingly, I am respectfully requesting reimbursement of $329.60.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 329.60.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:10-CV-00196-DLB PC

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $389.55 | Client Interview on March 26, 2012 (See Dkt. No. 35) | $389.55 |
| $329.60 | Witness deposition, plane fare | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 19th day of June, 20 12, at Palo Alto, California.

*[signature: Michael B. ...]*

Attorney for Plaintiff(s)

The above expenditure is  X  Approved  ___ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 6/20/12

*[signature]*

United States ~~District Judge~~/Magistrate Judge