1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  DAVID A. CARRASCO, State Bar No. 160460
   Supervising Deputy Attorney General
3  KELLY A. SAMSON, State Bar No. 266927
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 322-5643
6   Fax:  (916) 324-5205
    E-mail:  Kelly.Samson@doj.ca.gov
7  *Attorneys for Defendants*
   *Mota and Williams*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **LARRY BURY,** | 1:10-cv-00196 DLB |
| Plaintiff, | **STATEMENT OF NONOPPOSITION TO PLAINTIFF'S MOTION TO DEPOSE INMATE LOUIS CABRAL** |
| v. | |
| **KEN CLARK, et al.,** | |
| Defendants. | |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

1  Defendants submit this pleading to inform the Court that they have no opposition to
2  Plaintiff's motion to depose inmate Louis Cabral, filed on July 20, 2012.  (ECF No. 53.)

3  Dated:  July 30, 2012

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DAVID A. CARRASCO
Supervising Deputy Attorney General

*/s/ Kelly A. Samson*

KELLY A. SAMSON
Deputy Attorney General
*Attorneys for Defendants*
*Mota and Williams*

SA2011301836
31454308.doc