1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LARRY BURY, | Case No. 1:10-cv-00196-DLB PC |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S NON-OPPOSED MOTION FOR LEAVE TO DEPOSE INMATE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(a)(2)(B)** |
| v. | |
| E. WILLIAMS, et al., | |
| Defendants. | (ECF No. 53) |

Plaintiff Larry Bury ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"), proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants E. Williams and Mota ("Defendants") for deliberate indifference to a serious medical need in violation of the Eighth Amendment. Parties are represented by counsel in this action.

On July 20, 2012, Plaintiff filed a motion for leave to depose Louis Joseph Cabral, a prisoner in the custody of CDCR, pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure. On July 30, 2012, Defendants filed a statement of non-opposition to Plaintiff's motion.

Pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, a party must obtain leave of the Court to depose a deponent confined in prison. Leave will be granted.

//
//

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for leave to depose Louis Joseph Cabral, a prisoner in the custody of CDCR, is granted;

2. Plaintiff's request that the Warden of the California Substance Abuse Treatment Facility and State Prison, at 900 Quebec Avenue, Corcoran, California 93212 (or of any correctional facility to which Louis Joseph Cabral, a prisoner, CDCR No. D84462, may be/have been transferred), be directed to produce Louis Joseph Cabral, at a place designated by said Warden within the confines of the California Substance Abuse Treatment Facility and State Prison, at 900 Quebec Avenue, Corcoran, California 93212, on August 14, 2012, or on another date and time convenient to counsel for the parties and said Warden, is hereby GRANTED. At such time, Louis Joseph Cabral will be deposed by counsel for Plaintiff before an officer authorized to administer oaths by the laws of the United States or of the State of California, in accordance with the provisions of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: **July 31, 2012**           /s/ *Dennis L. Beck*
                                   UNITED STATES MAGISTRATE JUDGE