# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BURY,<br><br>        Plaintiff,<br><br>   v.<br><br>E. WILLIAMS, et al.,<br><br>        Defendants. | Case No. 1:10-cv-00196-DLB PC<br><br>**ORDER APPROVING PARTIES' STIPULATION TO MODIFY DEADLINES**<br><br>ECF No. 56 |

The Court has considered the parties' joint stipulation to modify deadlines. Good cause appearing for that request, it is HEREBY ORDERED that:

1. The deadline for Plaintiff to serve his responses to the interrogatories, requests for admission, and requests for production of documents served by Defendant Williams on June 25, 2012 (together, the "June 25, 2012 Written Discovery Requests") is:  August 13, 2012.

2. The deadline for the parties to submit expert disclosures (with all supporting reports/materials in accordance with Federal Rule of Civil Procedure 26(a)(2)) is:  on or before September 28, 2012.

3. The deadline for the service of all written discovery is:  on or before October 16, 2012.

///

- 1 -

4. The deadline for the parties to submit any rebuttal expert disclosures is: on or before October 26, 2012.

5. The deadline for the parties to submit any reply expert disclosures is: on or before November 16, 2012.

6. The deadline for the completion of all discovery, including filing motions to compel is: on or before November 30, 2012.

7. The deadline for filing pre-trial dispositive motions is: on or before December 28, 2012.

8. The parties may seek modification of this Order at any time and for good cause shown.

IT IS SO ORDERED.

Dated:   **July 31, 2012**                                         /s/ *Dennis L. Beck*
                                                                  UNITED STATES MAGISTRATE JUDGE