# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| LARRY BURY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>E. WILLIAMS, et al.,<br><br>　　　　Defendants. | Case No. 1:10-cv-00196-DLB PC<br><br>**ORDER APPROVING PARTIES' STIPULATION TO MODIFY DEADLINES** |

The Court has considered the parties' joint stipulation to modify deadlines. Good cause appearing for that request, it is HEREBY ORDERED that:

1. The deadline for the parties to submit expert disclosures (with all supporting reports/materials in accordance with Federal Rule of Civil Procedure 26(a)(2)) is: on or before November 9, 2012.

2. The deadline for the service of all written discovery is: on or before November 27, 2012.

3. The deadline for the parties to submit any rebuttal expert disclosures is: on or before December 7, 2012.

4. The deadline for the parties to submit any reply expert disclosures is: on or before December 28, 2012.

1     5.   The deadline for the completion of all discovery, including filing motions to compel is:  on or before January 11, 2013.

2     6.   The deadline for filing pre-trial dispositive motions is:  on or before February 8, 2013.

3     7.   The parties may seek modification of this Order at any time and for good cause shown.

IT IS SO ORDERED.

Dated:   **September 14, 2012**                         /s/ *Dennis L. Beck*
                                                  UNITED STATES MAGISTRATE JUDGE