JONATHAN A. SHAPIRO, State Bar No. 257199
CHRISTOPHER W. JOHNSTONE, State Bar No. 242152
MICHAEL B. NORMAN, State Bar No. 259991
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel:   (650) 858-6000
Fax:   (650) 858-6100
jonathan.shapiro@wilmerhale.com
chris.johnstone@wilmerhale.com
michael.norman@wilmerhale.com

Attorneys for Plaintiff Larry Bury

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LARRY BURY,<br><br>             Plaintiff,<br><br>   v.<br><br>E. WILLIAMS, et al.,<br><br>             Defendants. | Case No. 1:10-CV-00196-DLB PC<br><br>**NOTICE OF PAYMENT OF DEPOSITION COSTS FROM THE TRANSCRIPT REIMBURSEMENT FUND** |

NOTICE IS HEREBY GIVEN, pursuant to Section 8030.6(d) of the California Business & Professions Code, that the application by Wilmer Cutler Pickering Hale and Dorr LLP on behalf of Plaintiff Larry Bury ("Plaintiff") for payment of deposition costs from the Transcript Reimbursement Fund of the Court Reporters Board of California ("TRF") has been approved as follows:

    Payee:        Wilmer Cutler Pickering Hale and Dorr LLP
    Reporter:     Terri Bradly, CSR# 5600
    Deposition:   Robert Dwayne Murray, 6/22/12
    Invoice No.:  PL349989
    Sum:          $742.85

NOTICE IS HEREBY FURTHER GIVEN, pursuant to Section 8030.6(d) of the California Business & Professions Code, that Plaintiff and/or Wilmer Cutler Pickering Hale and Dorr, LLP must be ordered to refund this sum to the TRF if such sum is subsequently included in any award of costs, whether by order or settlement, entered in this case.

| | |
|---|---|
| Dated:  October 1, 2012 | Respectfully submitted, |
| | By:   /s/ Christopher W. Johnstone |
| | Jonathan A. Shapiro |
| | Christopher W. Johnstone |
| | Michael B. Norman |
| | WILMER CUTLER PICKERING |
| |    HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, CA 94304 |
| | Tel:      (650) 858-6000 |
| | Fax:     (650) 858-6100 |
| | |
| | Attorneys for Plaintiff Larry Bury |