# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BURY<br><br>    Plaintiff,<br><br>  v.<br><br>E. WILLIAMS, et al.,<br><br>    Defendants. | Case No. 1:10-cv-00196-DLB PC<br><br>**ORDER DENYING PLAINTIFF'S COUNSEL'S REQUEST FOR PARTIAL REIMBURSEMENT** |

Plaintiff Larry Bury ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is represented by pro bono counsel in this action. This action proceeds against Defendants E. Williams and Moto for deliberate indifference to a serious medical need in violation of the Eighth Amendment.

On September 26, 2012, Plaintiff's counsel submitted a request for partial reimbursement for plane fare from Palo Alto, California to Chino, California, where Plaintiff is currently incarcerated. Counsel provides as an explanation that they would like to meet Plaintiff in-person regarding upcoming trial matters.

For the following reasons, the request for reimbursement will be denied. The Court had granted two prior partial reimbursement requests, the first one being counsel's first face-to-face meeting with Plaintiff, and the second being for the deposition of an inmate. ECF Nos. 35, 50. The Court appreciates that Plaintiff's counsel seeks only partial reimbursement, in an effort to save on unnecessary expenditures by the Court. Here, however, the Court does not find sufficient reasons

for partial reimbursement.  Plaintiff and counsel may communicate with each other by telephone, and an in-person meeting with Plaintiff appears unnecessary.  If any issues regarding telephonic communication between Plaintiff and counsel should arise, Plaintiff or Plaintiff's counsel should notify the Court, and the Court will issue any orders necessary to resolve the issue.

     Accordingly, it is HEREBY ORDERED that Plaintiff's counsel's request for reimbursement is denied.

IT IS SO ORDERED.

Dated:   **October 9, 2012**                /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE