KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DAVID A. CARRASCO, State Bar No. 160460
Supervising Deputy Attorney General
KELLY A. SAMSON, State Bar No. 266927
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-5643
 Fax: (916) 324-5205
 E-mail: Kelly.Samson@doj.ca.gov
*Attorneys for Defendants*
*Mota and Williams*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| LARRY BURY, | 1:10-cv-00196-DLB (PC) |
|---|---|
| Plaintiff, | **STIPULATION TO STAY LITIGATION AND [PROPOSED] ORDER** |
| v. | |
| E. WILLIAMS, et al., | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1     Before incurring additional expenses associated with litigating this matter, the parties stipulate to stay litigation and vacate the scheduling order (ECF No. 60) so they can focus on and prepare for a settlement conference under Local Rule 270. The parties have conducted initial discovery, depositions, and are in the process of having their respective experts review Plaintiff's medical records to prepare for settlement discussions and will propose potential dates for a settlement conference as soon as they are in a position to do so. In the event that the parties do not reach a settlement, the parties request the Court reissue a scheduling order following the settlement conference.

Dated: October 23, 2012

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DAVID A. CARRASCO
Supervising Deputy Attorney General

/s/ Kelly A. Samson
KELLY A. SAMSON
Deputy Attorney General
*Attorneys for Defendants Mota and Williams*

Dated: October 23, 2012

WILMER CUTLER PICKERING HALE AND DORR LLP

/s/ Michael B. Norman
JONATHAN A. SHAPIRO
CHRISTOPHER W. JOHNSTONE
MICHAEL B. NORMAN
*Attorneys for Plaintiff Larry Bury*

**[PROPOSED] ORDER**

Having considered the stipulation of the parties, litigation shall be stayed, the scheduling order (ECF No. 60) shall be vacated and, if necessary, the Court will reissue a scheduling order following the parties' settlement conference.

**IT IS SO ORDERED.**

Dated: October \_\_\_\_, 2012

_____
DENNIS L. BECK
UNITED STATES MAGISTRATE JUDGE

SA2011301836
31548759.doc

STIPULATION TO STAY LITIGATION AND [PROPOSED] ORDER (1:10-cv-00196-DLB (PC))