1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BURY, | Case No. 1:10-cv-00196-DLB PC |
| Plaintiff, | **ORDER APPROVING STIPULATION** |
| v. | ECF NO. 63 |
| E. WILLIAMS, et al., | |
| Defendants. | |

The Court has considered the parties' joint stipulation to stay litigation.  Good cause appearing for that request, it is HEREBY ORDERED that:

    1.      Litigation in this action is stayed;

    2.      The Scheduling Order, issued September 14, 2012, is vacated; and

    3.      If necessary, the Court will reissue a scheduling order following the parties' settlement conference pursuant to Local Rule 270.

IT IS SO ORDERED.

Dated:   **October 24, 2012**          _____ /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE

1