# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BURY, | Case No. 1:10-cv-00196-DLB PC |
| Plaintiff, | **ORDER APPROVING STIPULATION** |
| v. | ECF NO. 63 |
| E. WILLIAMS, et al., | |
| Defendants. | |

The Court has considered the parties' joint stipulation to stay litigation. Good cause appearing for that request, it is HEREBY ORDERED that:

1. Litigation in this action is stayed;
2. The Scheduling Order, issued September 14, 2012, is vacated; and
3. If necessary, the Court will reissue a scheduling order following the parties' settlement conference pursuant to Local Rule 270.

IT IS SO ORDERED.

Dated:   **October 24, 2012**              /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE

1