"Re: 1:10 cv 00196 DLB (P.C) Bury v. Williams"

Court Clerk,

I am writing you this letter with some serious concerns that do involve that case. The lawyers that was given my the court's, is only for the case itself 11-5-08-11-6-08 nothing else around the case. 1-11-11 I have been harrassed, assaulted, property stolen watch, radio, electric Dict. FAN (2) times. Transfered 3 times No electric in cells. Pain meds taken. DR's lied in 602 say's I was busted for weed (Pot) NO WRITE-UP ON RECORD. under the influence of Pot to clean-up them for not given me proper medical at the time. But they made a serious mistake I gave a urine Test (U.A) which did come up clean. I did all I could to comply. The Dr involved here took my pain meds. On 11-1-11 assaulted and that to was covered up by staff and the inmate who assaulted me was given property items for this assault. (This all has evidence.) My Visitor harrassed by staff on a # of times. Staff has put a snitch jacket, child molest jacket, told people not to help me, I was bad news. People get killed in here and stabbed. All of this is a direct assault on me, my health, future and only worsens my medical, and could very much give me another stroke. Staff wants this case to go away. I have asked my lawyers for help but it's on the outside of the case 11-5-08-11-6-08. The court's are very aware of inmates that file law suits becoming a target by staff. I have asked for

Also!

Federal Protection, a protection order, single cell, etc. It's gone on for so long now Federal Protection is the only way out for me. Since I filed the 602 was (1) transferred out of Corcoran SAT-F.S.P. where I filed civil suit, (2) sent back to (3) SAT F.S.P. (I am level 3 for 8 yrs) I was put on (4) a level 4 yard, (5) assaulted 11-1-11. left in pain, (6) Transferred again to Chino. where it all been harassment by staff + inmates daily. moved 4 times here. THIS IS ALL REPRISAL! Now they plan to transfer me again to a dorm. I ask the courts to hold me in a Federal detention, and pray they widen the scope on all the direct assaults on me, and case. As with the evidence I do have is more than enough to prove the conspiracy, and reprisal. (Physical Evidence) Also D.N.A. The lawyers are only able to do the case they was given by you. This is very serious. Could you please relay this info to the judge A.S.A.P. I am told a settlement conference is pending.

THANK YOU FOR YOUR TIME ON THIS MATTER. Hope to hear from you soon.

Sincerely Yours, Larry Berry J8033

The above is true and correct   2-8-13

Larry Berry

RECEIVED
FEB 13 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK