JONATHAN A. SHAPIRO, State Bar No. 257199
CHRISTOPHER W. JOHNSTONE, State Bar No. 242152
MICHAEL B. NORMAN, State Bar No. 259991
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel:     (650) 858-6000
Fax:     (650) 858-6100
jonathan.shapiro@wilmerhale.com
chris.johnstone@wilmerhale.com
michael.norman@wilmerhale.com

Attorneys for Plaintiff Larry Bury

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LARRY BURY, | Case No. 1:10-CV-00196-DLB PC |
| Plaintiff, | **PLAINTIFF'S NOTICE OF REQUEST TO SEAL LETTER TO CLERK FROM LARRY BURY DKT. NO. 65** |
| v. | |
| E. WILLIAMS, et al., | |
| Defendants. | |

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

Pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule 141, Plaintiff Larry Bury respectfully submits this Request to Seal Letter to Clerk from Larry Bury, Dkt. No. 65.

On February 8, 2013, the Plaintiff sent a letter to the Clerk of the Court directly (i.e., not through his undersigned appointed counsel). The letter is 2 pages. The letter was docketed this morning in accordance with the Court's usual practice. Although Counsel has not yet had an opportunity to discuss this letter with Mr. Bury, it attempted to reach him immediately upon receipt of notice of the letter being filed. Upon review of the letter, Counsel is concerned that it contains information that, although important, Mr. Bury may not have intended to make publicly available.

Accordingly, Plaintiff respectfully requests that the Letter to Clerk from Larry Bury, Dkt. No. 65, be filed under seal and made available only to the parties and authorized members of the Court.

The Court has authority to seal such information under Federal Rule of Civil Procedure 5.2(d) and Local Rule 141.

Pursuant to Local Rule 141(b), the Plaintiff's Request to Seal, a copy of the Letter, and a proposed order are being submitted to the Court's proposed order electronic mail box (dlborders@caed.uscourts.gov), with copies to counsel for defendants (kelly.samson@doj.ca.gov) sent by electronic mail.

Dated:  February 15, 2013

Respectfully submitted,

By:    /s/ Christopher W. Johnstone
     Jonathan A. Shapiro
     Christopher W. Johnstone
     Michael B. Norman
     WILMER CUTLER PICKERING
       HALE AND DORR LLP
     950 Page Mill Road
     Palo Alto, CA 94304
     Tel:    (650) 858-6000
     Fax:    (650) 858-6100

     Attorneys for Plaintiff Larry Bury

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2013 a true and correct copy of the above document has been served by electronic mail on the following counsel of record:

Kelly Ariana Samson
Office of the Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244
Email: kelly.samson@doj.ca.gov

Attorney for Defendants M. Mota and E. Williams.

 /s/ Christopher W. Johnstone
Christopher W. Johnstone

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304