1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| LARRY BURY, | Case No. 1:10-CV-00196-DLB PC |
|---|---|
| Plaintiff, | **ORDER REGARDING SETTLEMENT CONFERENCE** |
| v. | |
| E. WILLIAMS, et al., | |
| Defendants. | |

The Court has considered the parties' joint stipulation regarding settlement conference. Good cause appearing for that request, it is HEREBY ORDERED that:

1. The parties will conduct a settlement conference before Magistrate Judge Carolyn K. Delaney on March 19th, 2013, at 9:30 a.m. in the Sacramento Division of the U.S. District Court for the Eastern District of California.

2. Each party and each party's counsel shall appear in person at the settlement conference (or by telephone or video, if later approved by the Court).

3. A separate order and writ of habeas corpus ad testificandum shall be issued by the Court to secure Plaintiff's attendance at the settlement conference.

4. Each party shall:

    a. Submit its settlement conference statement to Judge Delaney's chambers via e-mail (in .pdf format) to ckdorders@caed.uscourts.gov no later than five calendar days before the settlement conference;

    b. Serve all other parties with a copy of its settlement conference statement via e-mail on the same day the settlement conference statements are submitted to Judge Delaney.

5. Each party's settlement conference statement shall be no longer than 15 pages in length.

6. Each party shall be free to submit to Judge Delaney, in addition to their settlement conference statements, a confidential *ex parte* addendum if the submitting party believes there are additional facts, circumstances or sensitivities that may bear on the parties' ability to resolve the matter but that cannot comfortably be shared with the other party.

7. If a party choses to submit a confidential addendum to Judge Delaney, that party shall file a "Notice of Submission of Confidential Settlement Conference Statement" in accordance with Local Rule 270(d).

8. Settlement conference statements and confidential addenda shall not be filed or made a part of the Court's records.

9.  On or before the date the settlement conference statements are exchanged, Defendants shall provide a formal response to Plaintiff's outstanding settlement demand, served on July 26, 2012.

IT IS SO ORDERED.

Dated: **February 21, 2013**          /s/ Dennis L. Beck
                                            UNITED STATES MAGISTRATE JUDGE