**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF CALIFORNIA

LARRY BURY,

        Plaintiff,                  Case No. 1:10-cv-00196-DLB PC

  v.

E. WILLIAMS, et al.,

        Defendants.           **ORDER & WRIT OF HABEAS CORPUS**
_____/        **AD TESTIFICANDUM**

      Larry Bury, CDCR # J-80331, a necessary and material witness in a settlement conference in this case on March 19, 2013, is confined in California Institution for Men (CIM), 14901 Central Avenue, Chino, California 91710, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney at the U. S. District Court, 501 I Street, Sacramento, California 95814, Courtroom #24 on Tuesday, March 19, 2013 at 9:30 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court, and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation; and

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CIM, P.O. Box 128, Chino, California, 91708:**

      **WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, until completion of the settlement conference or as ordered by the court, and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

    IT IS SO ORDERED.

Dated:   **February 21, 2013**                **/s/ Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE