1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  DAVID A. CARRASCO, State Bar No. 160460
   Supervising Deputy Attorney General
3  KELLY A. SAMSON, State Bar No. 266927
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 322-5643
6    Fax:  (916) 324-5205
     E-mail:  Kelly.Samson@doj.ca.gov
7  *Attorneys for Defendants Mota and Williams*

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10                             FRESNO DIVISION

11

12  **LARRY BURY,**                      Case No. 1:10-cv-00196 DLB

13                        Plaintiff,      **NOTICE OF SETTLEMENT**

14          v.

15

16  **KEN CLARK, et al.,**

17                        Defendants.

18

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1

1   On March 19, 2013, the parties reached a settlement of all claims.  A stipulation for

2   voluntary dismissal is being filed separately.

3   Dated:  March 19, 2013                          Respectfully submitted,

4                                                   KAMALA D. HARRIS
                                                    Attorney General of California
5                                                   DAVID A. CARRASCO
                                                    Supervising Deputy Attorney General
6
                                                    */s/ Kelly A. Samson*
7
                                                    KELLY A. SAMSON
8                                                   Deputy Attorney General
                                                    *Attorneys for Defendants Mota and Williams*
9   SA2011301836
    31646272.doc
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT (1:10-cv-00196 DLB)