1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  MISHA D. IGRA, State Bar No. 208711
   Supervising Deputy Attorney General
3  KELLY A. SAMSON, State Bar No. 266927
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA  94244-2550
    Telephone:  (916) 322-5643
6   Facsimile:  (916) 324-5205
    E-mail: Kelly.Samson@doj.ca.gov
7  *Attorneys for Defendants Mota and Williams*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO

**LARRY BURY,**

Plaintiff,

v.

**KEN CLARK, et al.,**

Defendants.

Case No. 1:10-cv-00196 DLB

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))**

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1

Plaintiff Larry Bury and Defendants Mota and Williams have resolved this case in its entirety pursuant to a settlement agreement and release signed by the attorneys for the parties on March 19, 2013. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own litigation costs and attorney's fees.

It is so stipulated.

Dated: March 19, 2013

*[signature]*
Christopher W. Johnstone
*Counsel for Plaintiff Bury*

Dated: March 19, 2013

*[signature]*
Kelly A. Samson, Deputy Attorney General
*Counsel for Defendants Mota and Williams*

SA2011301836
31642053.doc