# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BURY,<br><br>                    Plaintiff,<br><br>        v.<br><br>SERGEANT E. WILLIAMS, et al.,<br><br>                    Defendants.<br>_____ / | CASE NO. 1:10-cv-00196-DLB PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE ACTION PURSUANT TO PARTIES' STIPULATION OF VOLUNTARY DISMISSAL (ECF No. 75) |

   Plaintiff Larry Bury is a California state prisoner proceeding with counsel in this civil action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendants Mota and E. Williams  On March 19, 2013, the parties filed a stipulation to voluntarily dismiss this action with prejudice.  An action may be dismissed without court order by a stipulation of dismissal signed by all parties who have appeared.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

   Pursuant to this stipulation, the Court HEREBY ORDERS the Clerk of the Court to close this action.  This dismissal is with prejudice.  Each party shall bear their own costs and attorney's fees.

   IT IS SO ORDERED.

   Dated:   **March 20, 2013**              **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE

1